# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK

IN RE 22ND CENTURY GROUP, INC., )  Case No.: 1:19-CV-00479 JLS
DERIVATIVE LITIGATION )
)

## PARTIAL STIPULATION OF DISMISSAL

Plaintiffs Stephen Mathew and Melvyn Klein ("Plaintiffs") and Defendants Henry Sicignano III, John T. Brodfuehrer, Richard M. Sanders, James W. Cornell, Nora B. Sullivan, and 22nd Century Group, Inc. ("Defendants" and, together with Plaintiff, the "Parties") hereby stipulate to the dismissal, without prejudice and without costs or attorneys' fees to any Party, of all claims against deceased Defendant Joseph A. Dunn in the above-captioned action. The Parties further stipulate that Mr. Dunn is dismissed as a defendant.

This stipulation may be signed by counsel for the parties in counterparts and by facsimile, and filed with the Clerk of the Court without further notice.

Dated:  October 16, 2020

Respectfully submitted,

FOLEY & LARDNER LLP

By: */s/ Jonathan Friedman*
Jonathan H. Friedman
90 Park Avenue
New York, New York 10016
Telephone: (212) 338-3416
Facsimile: (212) 687-2329
Email: jfriedman@foley.com

*and*

DUKE, HOLZMAN, PHOTIADIS & GRESENS LLP
Charles C. Ritter, Jr.
701 Seneca Street, Suite 750
Buffalo, New York 14210
Telephone: (716) 855-1111

Facsimile: (716) 855-0327
Email: critter@dhpglaw.com

*Counsel for Defendants*

Dated:  October 16, 2020                GAINEY McKENNA & EGLESTON

By: */s/ Thomas J. McKenna*
Thomas J. McKenna
Gregory M. Egleston
501 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

*and*

THE BROWN LAW FIRM, P.C.
Timothy Brown
240 Townsend Square
Oyster Bay, New York 11771
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Co-Lead Counsel for Plaintiffs*